**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **JUNIOR JEREMIAS KERRY-JUMA,** | * | |
| | * | |
| Petitioner, | * | |
| | * | Civil Case No.: SAG-25-04000 |
| v. | * | |
| | * | |
| **KRISTI NOEM**, *et al.*, | * | |
| | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that Petitioner Junior Jeremias Kerry-Juma's Petition, ECF 1, is GRANTED and his Motion for Temporary Restraining Order, ECF 5, is DENIED AS MOOT. Petitioner is RELEASED from detention subject to his existing ICE/ISAP requirements. The Clerk is directed to CLOSE this case.

Date: December 10, 2025

/s/
Stephanie A. Gallagher
United States District Judge